FILED

SEP 2 3 2025

U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.

CHANTE N. MENEFEE-AMBUSH,

    Defendant.

Criminal No.    3:25-CR-⑥○

Violation:    18 U.S.C. § 2320

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

(Trafficking in Counterfeit Goods)

On or about October 7, 2022, in the Northern District of West Virginia, the defendant Chante N. Menefee-Ambush, did intentionally traffic in goods, specifically a Gucci branded bracelet set and a Louis Vuitton bracelet set, knowingly using counterfeit marks, namely the Gucci mark and the Louis Vuitton mark, on and in connection with such goods, in violation of Title 18, United States Code, Section 2320.

RANDOLPH J. BERNARD
Acting United States Attorney

Lara K. Omps-Botteicher
Assistant United States Attorney